tiff, the justice may modify or vacate the injunction. The justice may at any time, for any sufficient reason appearing to him, vacate or modify the stay before the conclusion of the trial. Smith, P. J., and Woodward, J., dissented.

The People of the State of New York ex rel. The New York, New Haven and Hartford Railroad Company, Relator, v. Public Service Commission for the Second District.— Motion denied.

Frances S. Pellock, as Administratrix, etc., of John Pellock, Deceased, Respondent, v. Schenectady Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Woodward, J., dissenting.

William H. Parish, as Administrator, etc., of Earl Parish, Deceased, Appellant, v. Byron D. Juckett, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company v. Public Service Commission for the Second District.— Motion denied.

Mattie B. Phelps, Appellant, v. Edwain S. Hanford, as Executor, etc., of Sarah C. Burgett, Deceased, and Others, Respondents.— Motion granted.

Abram Swart, Jr., an Infant, by Margaret Swart, His Guardian ad Litem, Respondent, v. Little Falls Fibre Company, Appellant.— Motion denied.

The Sacred Heart Roman Catholic Church, Appellant, v. Frederick Vedder and Others, Respondents.— Motion granted.

Whitehall Water Power Company, Limited, and Champlain Silk Mills, Respondents, v. Atlantic, Gulf and Pacific Company, Appellant.— Motion denied.

Whitehall Water Power Company, Limited, and Champlain Silk Mills, Respondents, v. Atlantic, Gulf and Pacific Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Henry W. Somers, Respondent, v. George D. Harris, Appellant.— Decision amended so as to read as follows: Judgment, in so far as appealed from, and order reversed on law and facts, and new trial granted, with costs to appellant to abide event. Opinion by Woodward, J.; Howard, J., concurred; Kellogg and Lyon, JJ., concurred in the second and third grounds; Smith, P. J., concurred on ground last stated. (See 161 App. Div. 230.) The court disapproves of the findings of fact numbered 5, 6, 10, 14, 18, 19, 20, 21, 22, 23.

---

## FOURTH DEPARTMENT, MAY, 1914.

Thomas B. Lockwood and Another, Respondents, v. The Title Insurance Company of New York, Appellant. — Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Barcalo Manufacturing Company, Respondent, v. Maldonado & Company, Appellant.— Judgment affirmed, with costs. All concurred.